IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD DeSHIELDS                                                                                       PLAINTIFF

v.                                          CASE NO.: 07-5098

SHERIFF KEITH FERGUSON, et al.                                                              DEFENDANTS

**ORDER**

Before the Court are Plaintiff's two Motions to Amend (Docs. 5, 7). Plaintiff originally filed this case pro se and *in forma pauperis*, naming as defendants Sheriff Keith Ferguson and Prosecutor Van Stone.

Plaintiff's First Motion to Amend (Doc. 5) seeks to dismiss Prosecutor Van Stone from the case, if he is not amenable to suit. The Court will construe this Motion as a Motion to Dismiss. The United States Supreme Court, in *Imbler v. Pachtman*, 424 U.S. 409 (1976), established the absolute immunity of a prosecutor from a civil suit for damages under 42 U.S.C. § 1983 "in initiating a prosecution and in presenting the State's case." *Id.*, 424 U.S. at 427. This immunity extends to all acts that are "intimately associated with the judicial phase of the criminal process." *Id.*, 424 U.S. at 430. *See also Buckley v. Fitzsimmons*, 509 U.S. 259 (1993)(Prosecutor acting as an advocate for the state in a criminal prosecution is entitled to absolute immunity while a prosecutor acting in an investigatory or administrative capacity is only entitled to qualified immunity). Based on the allegations of the complaint and addendums, it is clear the defendant prosecuting attorneys are entitled to absolute immunity in this case. *See Brodnicki v. City of Omaha*, 75 F.3d 1261 (8th Cir. 1996)(County prosecutors were entitled to absolute immunity from suit). As service has not yet been determined in this case, Defendant Stone is DISMISSED pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure.

In Plaintiff's second Motion to Amend (Doc. 7), Plaintiff states that he wishes to amend his complaint to add a claim for denial of medical treatment. Plaintiff's Motion is GRANTED.

IT IS SO ORDERED this 22nd day of June.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE