IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RICHARD DeSHIELDS**                                                                   **PLAINTIFF**

**v.**                                 **Civil No. 07-5098**

**SHERIFF KEITH FERGUSON**                                         **DEFENDANT**

### O R D E R

Now on this 4th day of January 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Document #12), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's Motion for Order (Document #9) and Motion for Injunctive Relief (Document #10) are hereby **denied.**

**IT IS SO ORDERED.**

                                                        **/s/Jimm Larry Hendren**
                                                        **HON. JIMM LARRY HENDREN**
                                                        **UNITED STATES DISTRICT JUDGE**