IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD DeSHIELDS                                                                               PLAINTIFF

v.                                                CASE NO.: 07-5098

SHERIFF KEITH FERGUSON                                                                DEFENDANT

**O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **May 2, 2008.** Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 3rd day of April 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE