IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD DeSHIELDS                                                                      PLAINTIFF

v.                                    CASE NO.: 07-5098

SHERIFF KEITH FERGUSON,
DETECTIVE IVY, and NURSE ANDREA                                          DEFENDANTS

**O R D E R**

Now before the Court is the Motion to Compel (Doc. 28) filed by Plaintiff. Plaintiff seeks to compel answers to his discovery requests for information regarding four people in a criminal case in Benton County Circuit Court. Defendants have responded that the information Plaintiff seeks is either public information available from the clerk of court or is privileged. Defendants also state Plaintiff's requests were directed to the "drug task force," a separate entity.

Upon due consideration, the Motion to Compel (Doc. 28) is DENIED. The information sought by Plaintiff is either available from the clerk of court, and he should direct his inquiry accordingly, or is privileged and is not subject to disclosure by Defendants.

IT IS SO ORDERED this 14th day of July.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE